IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN CONCRETE PRODUCTS CO., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CV289 |
| WEST AMERICAN RUBBER COMPANY, LLC , | ) ) ) | ORDER |
| Defendant. | ) ) | |

At the parties' request, and for good cause shown,

**IT IS ORDERED:**

1. The parties are granted an extension of time until and including **January 30, 2010** in which to file dismissal papers.

2. This case shall be stayed through January 30, 2010 to allow performance of the parties' settlement agreement.

**DATED November 12, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**