IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMERICAN CONCRETE PRODUCTS CO.,** | ) ) ) | **CASE NO. 8:07CV289** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| **WEST AMERICAN RUBBER COMPANY, LLC, d/b/a WARCO, and GT SALES & MANUFACTURING, INC.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |

This matter is before the Court on the parties' joint motion to extend the time in which to file dismissal papers and stay this action (Filing Nos. 42 and 44).  The dismissal papers were due January 30, 2010, and the case was stayed through that date to allow performance of the parties' settlement agreement.  (Filing No. 38.)  The parties' joint motion states that their settlement agreement provides for monthly payments through February 10, 2011.  The parties request that the Court grant an extension to file dismissal documents and stay the case through February 28, 2011.  The Court respects the parties' wishes; however, the Court's continuing jurisdiction over compliance with the settlement agreement is not necessary.  The Court therefore finds that the joint motion should be denied.  Accordingly,

IT IS ORDERED:

1. The Joint Motions to Dismiss (Filing Nos. 42 and 44) are denied;

2. On or before March 15, 2010, the parties will file a joint stipulation for dismissal (or other dispositive stipulation) and submit a draft order that fully disposes of the case to smithcamp@ned.uscourts.gov; and

3. Absent compliance with this order, this case (including all counterclaims) may be dismissed without further notice.

DATED this 16th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge