# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **AMERICAN CONCRETE PRODUCTS CO.,** | ) ) ) | **CASE NO. 8:07CV289** |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER AND FINAL JUDGMENT** |
| **WEST AMERICAN RUBBER COMPANY, LLC, d/b/a WARCO, and GT SALES & MANUFACTURING, INC.,** | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice (Filing No. 47). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Each party will bear its own costs and attorney fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal Without Prejudice (Filing No. 47) is approved;

2. All claims asserted by Plaintiff American Concrete Products Co., against West American Rubber Company, LLC, d/b/a Warco, and GT Sales & Manufacturing, Inc., are dismissed without prejudice to filing a motion under Federal Rule of Civil Procedure 60(b); and

3. Each party will pay its own costs and attorney fees.

DATED this 16th day of March, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge